THE DURASTONE CO., INC., and WALTER W. KRIDER, Appellants, v. JOHN H. PRICE and Others, Respondents. ANNICE W. PRICE, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ.

GARAGE EXCHANGE CORPORATION, Appellant, v. HARRY SAMBERG and ZENITH GARAGE CORPORATION, Respondents. RETLAW HOLDING CORPORATION, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

MARIA GLAZAR, Respondent, v. ANTON GLAZAR, JR., and Others, Appellants.— Judgment as to defendant Anton Glazar, Jr., unanimously affirmed, with costs. As to the other defendants, appeal dismissed, without costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

HERMAN HARNICK, Appellant, v. WOODROCK AMUSEMENT CORPORATION, Respondent, and RITZ CHOCOLATE CO., INC., Defendant. (Appeal No. 1.) — Order denying motion for an injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Rich, Young and Scudder, JJ., concur; Lazansky, P. J., and Seeger, J., dissent, being of opinion that an implied term of the paper writing is that plaintiff should have the sole right to vend candies in the premises.

HERMAN HARNICK, Respondent, v. WOODROCK AMUSEMENT CORPORATION, Appellant, and RITZ CHOCOLATE CO., INC., Defendant. (Appeal No. 2.) — Order denying motion to dismiss complaint reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that the complaint fails to state facts sufficient to constitute a cause of action, in that the privilege of the plaintiff to vend candies was not an exclusive privilege. Rich, Young and Scudder, JJ., concur; Lazansky, P. J., and Seeger, J., dissent upon the ground stated in *Harnick* v. *Woodrock Amusement Corporation, Appeal No. 1* [*ante*, p. 662], decided herewith.

LAZELL, PERFUMER, Respondent, v. MATTEAWAN JOURNAL CO., INC., Appellant.— Order setting aside verdict and granting a new trial affirmed, with costs. No opinion. Rich, Young, Seeger and Scudder, JJ., concur; Lazansky, P. J., dissents.

RAY LEHR, Appellant, v. CHARLES BERGREN and JOHN BERGREN, Copartners, etc., Respondents.— Judgment dismissing complaint reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event, upon the ground that there was a question of fact as to whether or not the submission to arbitration and the award had, pleaded in defense and stipulated, were a general submission and award or only a limited submission and award, which question should have been submitted to the jury. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

DAVID MILLER, Appellant, v. RICHARD LATHERS, JR., Defendant. RICHARD O'GORMAN and MARGARET D. NEIBERT, Respondents.— Judgment reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event, upon authority of *Sitzler* v. *Lathers* (224 App. Div. ——), decided herewith. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.